746-09/JTN
FREEHILL, HOGAN & MAHAR, LLP
Attorneys for Defendant
Damco USA Inc.
549 Summit Avenue
Jersey City, New Jersey 07306-2701
(973) 623-5514
Justin T. Nastro, Esq.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

-----------------------------------------------------------x
J&J Winner Corp.

                                09 CV 05368 (JAP)

                Plaintiff,

    -against-

                                Pretrial Scheduling Order No. 2

Logistics Pan America Corp., Jolie Intimates, Inc.
and Damco USA Inc.

                Defendant.
-----------------------------------------------------------x

Further to the telephone status conference of June 8, 2010, it is hereby Ordered:

1. All parties to serve responses to written discovery on or before June 11, 2010;

2. All fact discovery, including all fact depositions, to be completed on or before July 30, 2010;

3. A settlement conference with clients with decision making authority to be held on August 6, 2010 at 10 a.m./p.m., each party is to submit, ex parte, a pre-conference position paper on or before August 1, 2010; and

4. Dispositive motions by any party to be filed on or before August 27, 2010 with a return date of September 20, 2010.

Dated:    June 11, 2010

                                                            SO ORDERED: _____
                                                            The Hon. Lois H. Goodman, U.S.M.J.

352586.1